# Nos. 2024-1725, 2024-1739

United States Court of Appeals
for the Federal Circuit

**RENSSELAER POLYTECHNIC INSTITUTE, CF DYNAMIC ADVANCES LLC,**

*Plaintiffs-Appellants*

v.

**AMAZON.COM, INC.,**

*Defendant-Appellee*

Appeals from the United States District Court for the Northern District of New York, Case Nos. 1:23-cv-00227-BKS-TWD & 1:18-CV-549-BKS-TWD, Hon. Brenda K. Sannes

## NOTICE OF CORRECTION OF PLAINTIFFS-APPELLANTS' CORRECTED OPENING BRIEF

| | | |
|---|---|---|
| Cyrus A. Morton | Annie Huang | Li Zhu |
| Benjamen C. Linden | ROBINS KAPLAN LLP | ROBINS KAPLAN LLP |
| Navin Ramalingam | 1325 Avenue of the | 555 Twin Dolphin Drive, |
| ROBINS KAPLAN LLP | Americas, Suite 2601, | Suite 310 |
| 800 LaSalle Avenue, | New York, NY 10019 | Redwood City, CA |
| Suite 2800 | (212) 980-7400 | 94065-2133 |
| Minneapolis, MN 55402 | | (650) 784-4040 |
| (612) 349-8500 | | |

*Counsel for Plaintiffs-Appellants Rensselaer Polytechnic Institute and CF Dynamic Advances LLC*

July 29, 2024

Plaintiffs-Appellants Rensselaer Polytechnic Institute and CF Dynamic Advances LLC hereby provide notice that a Corrected Opening Brief was filed earlier today in response to the Notice of Non-Compliance issued by the Court on July 26, 2024. The Corrected Opening Brief filed earlier today, however, accidentally failed to include contact information for counsel on the cover in response to the second bullet point in the Notice of Non-Compliance. Another Corrected Opening Brief to address that concern is being filed herewith. The only correction being made with this second filing is to the cover page to add that missing contact information. It also includes the other minor corrections earlier made to the cover page, certificate of interest, and signature block to address the issued Notice of Non-Compliance.

July 29, 2024                               Respectfully submitted,

*/s/ Li Zhu*

Cyrus A. Morton
Benjamen C. Linden
Navin Ramalingam
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
cmorton@robinskaplan.com
blinden@robinskaplan.com
nramalingam@robinskaplan.com

Annie Huang
ROBINS KAPLAN LLP
1325 Avenue of the Americas, Suite 2601
New York, NY 10019
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
ahuang@robinskaplan.com

Li Zhu
ROBINS KAPLAN LLP
555 Twin Dolphin Drive, Suite 310
Redwood City, CA 94065-2133
Telephone: (650) 784-4040
Facsimile: (650) 784-4041
lzhu@robinskaplan.com

***Attorneys for Plaintiffs-Appellants***

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2024, I caused this Notice of Correction of Plaintiffs-Appellants' Corrected Opening Brief to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel of record.

Date: July 29, 2024

*/s/ Li Zhu*